574

Office of Disciplinary Counsel *v.* Doyle.

[Cite as *Disciplinary Counsel v. Doyle* (1995), 71 Ohio St.3d 574.]

(No. 94–1839—Submitted January 10, 1995—Decided March 1, 1995.)

---

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

---

*Per Curiam.* Having reviewed the record, we concur in the board's findings and its recommendation. Accordingly, we order that respondent be indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.